```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


161 PERDIDO VENTURES, L.L.C.,     :
                                  :
     Plaintiff,                   :
                                  :
v.                                :       CIVIL ACTION 06-0878-M
                                  :
SWERVO DEVELOPMENT CORPORATION,   :
                                  :
     Defendant.                   :
```

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Swervo Development Corporation and against Plaintiff 161 Perdido Ventures, L.L.C. on all claims.

DONE this 16th day of November, 2007.

                                    <u>s/BERT W. MILLING, JR.</u>
                                    UNITED STATES MAGISTRATE JUDGE